926

No. 89–1619. RAFT, AKA RAFATDJAH v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–1625. CITY OF BURLINGTON ET AL. v. KAPLAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1628. SHEFFIELD v. JOHNSON SEED CO., INC. C. A. 5th Cir. Certiorari denied.

No. 89–1631. WRENN v. WALINSKI, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 89–1637. SCHINDELAR v. ZAWADZKI ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–1644. TAYLOR v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 89–1645. MENDEL ET AL. v. SILVER. C. A. 3d Cir. Certiorari denied.

No. 89–1653. HEMMERLE v. BRAMALEA, INC., FKA BRAMALEA DEVELOPMENT U. S., LTD. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 89–1665. KIRKLAND v. NORTHSIDE INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 89–1689. O'MALLEY ET AL. v. O'NEILL ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–1694. DURA-CORP. v. STS D'APPOLONIA, LTD. C. A. 3d Cir. Certiorari denied.

No. 89–1713. LINDELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–1748. OREGON NATURAL RESOURCES COUNCIL v. MOHLA, SUPERVISOR, MT. HOOD NATIONAL FOREST, ET AL. C. A. 9th Cir. Certiorari denied.